UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINDEN PICTURES, INC.,

    Plaintiff,

-v-

GRUPO TELEVISA, S.A.B.,

    Defendant.

23-cv-10310 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On December 22, 2023, at 11:00 A.M., the Court held a scheduled telephone pretrial conference in the above-captioned case. Although defendant's counsel appeared, plaintiff's counsel failed to appear. Accordingly, plaintiff's counsel must submit a sworn affidavit by no later than Wednesday, January 3, 2024, explaining why he failed to appear, as well as why he failed to supply defense counsel with the required case management plan form, as previously ordered by the Court. If plaintiff's counsel fails to timely submit the affidavit, the Court will dismiss the case. If, however, the affidavit is submitted, the Court will reconvene a telephone conference of both parties' counsel on Thursday, January 4, 2024, at 10:45 A.M. In such event, the parties must submit a proposed case management plan in advance of the January 4 conference, with a ready for trial date of May 22, 2024.

On the December 22 call, counsel for defendant also informed the Court that defendant wishes to move to dismiss the case. If plaintiff's counsel submits the aforementioned affidavit, briefing of the motion to dismiss will proceed as follows: Defendant's moving papers must be filed by Monday, January 22, 2024. Plaintiff's answering papers must be filed by Wednesday, January 31, 2024. Defendant's reply papers must be filed by Monday, February 5, 2024. Oral argument on the motion will be heard in court on Friday, February 9, 2024, at 4 P.M.

SO ORDERED.

New York, NY
December 22, 2023

_____
JED S. RAKOFF, U.S.D.J.