UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
MINDEN PICTURES, INC.,

          Plaintiff,

     -v-

GRUPO TELEVISA, S.A.B., et ano,

          Defendants.
```

23-cv-10310 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On January 22, 2024, defendant Grupo Televisa, S.A.B. filed a motion to dismiss for lack of personal jurisdiction and failure to state a claim. See Notice of Def. Mot. to Dismiss, ECF No. 20. After holding oral argument on the motion, the Court permitted plaintiff Minden Pictures, Inc. to file an amended complaint to attempt to cure the issues that defendant identified in its motion. Plaintiff then filed an amended complaint, and defendant renewed its motion to dismiss for lack of personal jurisdiction. See First Am. Compl., ECF No. 29; Def. Mem. of Law in Further Supp. of Mot. to Dismiss, ECF No. 30. Upon due consideration of the parties' written submissions, the Court hereby grants the motion to dismiss for lack of personal jurisdiction. An Opinion explaining the reasons for this ruling will issue in due course.

1

The Clerk of Court is respectfully directed to close docket entries numbers 20 and 30.

SO ORDERED.

New York, NY
June 20, 2024

JED S. RAKOFF, U.S.D.J.